# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MARK A. BARKER                                                                                          PETITIONER
ADC #139988

v.                                            4:24-cv-00541-JM

STATE OF ARKANSAS                                                                                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. Mr. Barker's objections were due by August 26, 2024, but none have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED and the requested relief is DENIED.

2. No certificate of appealability shall issue.

Dated this 27th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE