IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK A. BARKER                                                                                    PETITIONER
ADC #139988

v.                                              4:24-cv-00541-JM

STATE OF ARKANSAS                                                                           RESPONDENT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 27th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE